UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRANDA MARSHALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHLYN T. BERT DOWLING, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-01167-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE WITHOUT PREJUDICE<br><br>Doc. 6 |

　　　　Plaintiff Miranda Marshall proceeds pro se and in forma pauperis in this civil action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 20, 2024, the assigned magistrate judge issued findings and recommendations recommending that this case be dismissed, without prejudice, because of plaintiff's failure to (1) comply with Federal Rule of Civil Procedure 8(a); (2) establish subject-matter jurisdiction; (3) follow a court order and prosecute this case; and (4) update plaintiff's address. Doc. 6. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty days of service. *Id*. Plaintiff did not file any objections, and the deadline to do so has passed.

　　　　Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are

1

supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on December 20, 2024, Doc. 6, are ADOPTED IN FULL.
2. This case is DISMISSED, without prejudice, because of plaintiff's failure to (1) comply with Rule 8(a); (2) establish subject-matter jurisdiction; (3) follow a court order and prosecute this case; and (4) update plaintiff's address.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 10, 2025

_____
UNITED STATES DISTRICT JUDGE

2